In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County

Maryann Castro

v.

Manuel Castro



Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011 –CI-15957

## Motion for Appellee To Pay Appellant for unpaid Mortgage,Taxes,Mortgage Insurance

Here comes Appellant Maryann Castro, asking the court for the motion for appellee to pay the unpaid mortgage in the amount of 73,967.02.

A. Exhibit BSI Appellee was not paying the mortgage on the Agreement for final divorce Counsel Joseph Appelt and Appellee Manuel Castro hid from the Court Judge Canales and Appellant Maryann Castro.

Appellant Maryann Castro has been trying to tell the court the truth about the Agreement for final Divorce on Oct 30,2013.Appellant was set up by Appellee Manuel Castro and Counsel Joseph Appelt both led the Court to believe Appellee Manuel Castro was in good standing with the mortgage and he was not Appellee Manuel Castro was in default in the Amount of 73,967.02 there is no equity in the amount of 40,000 Appellee Manuel Castro and Counsel Joseph Appelt and the non-spouse Christina Pacheco known as Tina Pacheco the mistress On Oct 30,2013 presented the Court and Appellant Maryann Castro a Comparative Market Analysis-Realtors Opinion that says not to be used as an appraisal and it was used to overvalue the Community making it look like there is equity and valued the Community at 351,000 to Commit Fraud Appellee Manuel Castro was in bankruptcy and the stay was not lifted Counsel Joseph Appelt committed a legal Malpractice On Oct 30,2013 process a divorce while client Appellee Manuel Castro was in active bankruptcy and owed the mortgage in the amount of 73,967.02 and hid that big legal matter from the Court and Judge Canales and Appellant Maryann Castro.

Appellee Manuel Castro used community funds to pay for his extra martial affair instead of the Mortgage Appellant Maryann Castro prays for the court to grant her justice in awarding her Appellee Manuel Castro to pay Appellant Maryann Castro for the unpaid mortgage BSI is Charging.

See Exhibit A  BSI Mortgage statement.

_Maryann Castro_ Sent 3/1/18

Maryann Castro pro se Appellant

1501 Olive

Jourdanton Texas 78026  PACATTITUDE2014@GMAIL.COM

# Exhibit a

 

10/09/2014

MANUEL G CASTRO JR
1501 OLIVE ST
JOURDANTON, TX 78026-2220

Loan Number:        44675
Property Address:   1501 OLIVE STREET
                    JOURDANTON, TX 78026

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear MANUEL G CASTRO JR:

This letter is formal notice by BSI Financial Services, Inc. (herein as "BSI") the Servicer of the above-referenced loan, on behalf of MLB SUB I, LLC that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay the amounts due.

The loan is due for 12/01/2011 and subsequent payments, plus late charges, fees and costs. As of today, the total delinquency and reinstatement amount is $73,967.02, which consists of the following:

| | |
|---|---|
| Next Payment Due Date | 12/01/2011 |
| Total Monthly Payments Due: | $66,367.76 |
| (35 @ $1,732.72) | |
| Late Charges | $4,204.26 |
| Other Fees: | $3,395.00 |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$73,967.02** |

**It is possible that after payment of the amounts detailed above there may be other fees still due and owing, including but not limited to other fees, escrow advances or corporate advances that BSI paid on your behalf or advanced to your account.**

This letter is a formal demand to pay $73,967.02. If the default, together with additional payments that subsequently become due, is not cured by 11/13/2014, BSI will accelerate the note so that the entire debt is immediately due and payable, and take steps to terminate your ownership in the property by a foreclosure proceeding or other action to seize the property.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, BSI offers consumer assistance programs designed to help resolve delinquencies and avoid FORECLOSURE. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternatives. If you would like to learn more about these programs, you may contact the Loss Mitigation Department at (800) 327-7861, Monday-Wednesday 8 am to 8 pm EST, Thursday 8 am to 6 pm EST, Friday 8 am to 5 pm EST, Saturday 8 am to 12 pm EST. WE ARE VERY INTERESTED IN ASSISTING YOU.

The default above can be cured by payment of the total delinquency and reinstatement amount plus any



TX_NOI
Page 1 of 3

2289840947

Mary Ann Costa
P. 15010 Olive
J Ouval Cantin Serlle
78026

FILED
IN THE COURT OF APPEALS
4th SAN ANTONIO, TEXAS

2015 MAR -3 PM 1:23

Keith E. Hottle
COURT OF APPEALS CLERK

Court of Appeals
Fourth Court of Appeals District
Cadena Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, TX 78205-3037
Attn: Deputy Clerk
Susie Littlejohn

UNITED STATES
POSTAL SERVICE

1000    78205

U.S. POSTAGE
PAID
PLEASANTON, TX
78064
MAR 02, 15
AMOUNT
$0.91
00040297-07